IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARL SUNDBERG JR., Personal Representative of the Deceased, | ) ) ) | |
| Plaintiff, | ) ) | 8:09CV228 |
| V. | ) ) | |
| STATE OF NEBRASKA, and DOES 1-5, in their individual and official capacities, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 8) is granted, as follows:

Plaintiff shall have until August 14, 2009, to respond to Defendant's motion to dismiss (filing 5).

DATED this 11th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

-1-