IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARL SUNDBERG JR., Personal Representative of the Deceased Carl Sundberg, III,, <br><br> Plaintiff, <br><br> V. <br><br> STATE OF NEBRASKA, and DOES 1-5 in their individual and official capacities, <br><br> Defendants. | 8:09CV228 <br><br> JUDGMENT |

Pursuant to the court's Memorandum and Order entered on September 11, 2009, (filing no. 11):

1) Judgment of dismissal with prejudice is entered in favor of the defendant State of Nebraska, and Does 1-5 in their official capacities, on plaintiff's constitutional claims; and

2) Judgment of dismissal without prejudice is entered in favor of the defendant State of Nebraska, and Does 1-5 in their official capacities, on plaintiff's negligence claims.

Pursuant to the court's Memorandum and Order entered this date, (filing no. 13), judgment of dismissal without prejudice is entered in favor of defendant Does 1-5 in their individual capacities.

December 7, 2009.                             BY THE COURT:

*Richard G. Kopf*
United States District Judge